# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE GARITY, an individual,<br><br>            Plaintiff,<br>    v.<br><br>UNITED OF OMAHA LIFE<br>INSURANCE COMPANY,<br><br>            Defendant. | CASE NO. 15-cv-2480-H-JMA<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

On February 10, 2016, the parties filed a joint motion to dismiss this case with prejudice, with each party to bear its own fees and costs. (Doc. No. 9.) Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. In light of the parties' agreement, the Court dismisses this case with prejudice and directs the Clerk of Court to close the file.

**IT IS SO ORDERED.**

DATED: February 11, 2016

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT